## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

THOMAS ROBLEZ,

    Plaintiff,

v.                                  No. 13-cv-0014 SMV/CG

STATE OF NEW MEXICO; PUBLIC
DEFENDER'S OFFICE; DEP'T OF CORR.;
CNTY. OF LEA; CNTY. OF VALENCIA;
JOHN DOES I–IX;

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter. Having dismissed the action in an order entered concurrently herewith,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS** on all of Plaintiff's federal claims, which are hereby **DISMISSED with prejudice**. Plaintiff's state-law claims are **DISMISSED without prejudice** for lack of jurisdiction.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**